UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - X
                          :

UNITED STATES OF AMERICA       :

             -v-               :

CHRISTIAN ROSARIO,       :
     a/k/a "Don Tito,"       :

           Defendant.       :

                          :
- - - - - - - - - - - - - - - - - - - - X

**ORDER**
S4 07 Cr. 308 (NRB)

           Upon the application of the United States, by the
United States Attorney for the Southern District of New York,
Michael J. Garcia, by Assistant United States Attorney Avi
Weitzman;

           IT IS HEREBY ORDERED that the Superseding Indictment in
the above-captioned action be unsealed since the defendant in the
action has been arrested and is being presented and arraigned
under the above-listed Indictment.

Dated: New York, New York
       April 19, 2007

APR 2 0 2007

USDC SDNY

APR 2 0 2007

_____
UNITED STATE MAGISTRATE JUDGE

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York