UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
:
UNITED STATES OF AMERICA                                  :
:
:
      -v.-                                                  :
                                                             :   S1 07 Cr. 308 (NRB)
MANUEL SORIANO;                                           :   S4 07 Cr. 308 (NRB)
CHRISTIAN ROSARIO;                                        :
:
:
:
:
                Defendants.                              :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
ARIANNA R. BERG ON BEHALF OF THE UNITED STATES

     The Government respectfully submits this Notice that the undersigned Assistant United States Attorney will be representing the Government in the above-referenced matter.

Dated:  New York, New York
          May 4, 2007

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                    By:    s/Arianna Berg
                                      Arianna R. Berg
                                      Assistant United States Attorney
                                      United States Attorney's Office,
                                      Southern District of New York
                                      One St. Andrew's Plaza
                                      New York, New York 10007
                                      (212) 637-2551 (phone)
                                      (212) 637-2387 (fax)

CERTIFICATE OF SERVICE

Arianna R. Berg deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on May 4, 2007, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY ARIANNA R. BERG ON BEHALF OF THE UNITED STATES by ECF notification:

David J. Goldstein, Esq./Barry A. Weinstein, Esq.
888 Grand Concourse
Bronx, New York 10451

Richard Boulware, Esq.
52 Duane Street, 10th Floor
New York, New York 10007

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

                                                  s/Arianna Berg
                                                  Arianna R. Berg

Executed on:   May 4, 2007
                    New York, New York