

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2007

**Via Facsimile**

- 5 -

NITED STATES DISTRICT...

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2270
New York, New York 10007

> Re:  United States v. Christian Rosario et al.
>       07 Cr. 308 (NRB)

Dear Judge Buchwald:

The Government respectfully submits this letter in connection with the above-referenced case to request that the Court (i) grant a two-week extension for the production of discovery, and (ii) reschedule the June 28, 2007 pre-trial conference in the case.

Due to the voluminous nature of the discovery as well as the ongoing investigation, the Government requests that it's production be delayed for two weeks. Under such a timeline, discovery would be due June 22, 2007. I have spoken with Alan Haber, attorney for Manuel Soriano, and David Goldstein, attorney for Christian Rosario, and they have both consented to the request.

*So ordered*

In addition, defense counsel have indicated that they would like to reschedule the June 28, 2007 pre-trial conference so that they may have additional time to review the discovery. I have spoken with your law clerk and she has indicated that Your Honor may have available 4 or 4:30 pm on July 9th or 4:30 p.m. on July 10th. Both of those dates work for the Government. If the Court is amenable, we would request that the pre-trial conference be scheduled on or close to the proposed date and times.

*upon consent + form. Ds' counsel, subsequent conference set for July 10, 2007 @ 4:30 PM so ordered*

Finally, the Government respectfully requests, with defense counsel's consent, that the Court exclude time under the Speedy Trial Act from June 28, 2007 until the new pre-trial conference date, because the ends of justice served by excluding time under the Speedy Trial Act



Hon. Naomi Reice Buchwald
June 5, 2007
Page 2 of 2

outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8).

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: Arianna R. Berg
Assistant United States Attorney
(212) 637-2551

cc:   David Goldstein, Esq. (by fax)
      Alan Haber, Esq. (By fax)

Government's production of
discovery due June 22, 2007.
Conference scheduled for June 28
is adjourned to July 10, 2007
at 4:30 p.m.

SO ORDERED.

USDJ
6-6-07