UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

     -v-

MANUEL SORIANO-MARTINEZ,
    a/k/a "El Cunado,"
FREDDY BREA,
JOSE POLO,
CHRISTIAN ROSARIO,
    a/k/a "Don Tito," and
DARIO SILFA-MARTINEZ,

         Defendants.

- - - - - - - - - - - - - - - - - - - X

**ORDER**

07 Cr. 308 (NRB)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Brendan R. McGuire;

IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed because all five defendants in the case have been arrested, and each has been arraigned on one of the five related Superseding Indictments S1 07 Cr. 308 (NRB) through S5 07 Cr. 308 (NRB).

Dated: New York, New York
      August 16, 2007

_____
UNITED STATE DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 20 2007