**CERTIFICATE OF SERVICE**

  ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

  That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

  That on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of <u>United States</u> v. <u>Rosario</u>, S7 07 Cr. 308 (NRB), to be delivered by ECF and mail to:

    Allan Paul Haber
    Law Office of Allan P. Haber
    52 Duane Street
    New York, New York 10007

    Winston Lee, Esq.
    20 Vesey Street, Suite 400
    New York, New York 10007

    Barry A. Weinstein, Esq.
    Goldstein & Weinstein
    888 Grand Concourse
    Bronx, New York 10451

    Merrill Neil Rubin
    Merrill Rubin LLC
    551 Fifth Avenue, Suite 514
    New York, New York 10176

    Sammy Sanchez, Esq.
    30 Vesey St., Room 100
    New York, New York 10007

    Mark J. Stein, Esq.
    Simpson, Thacher & Bartlett, LLP
    425 Lexington Avenue
    New York, New York 10017

    Roger J. Schwarz
    Roger J. Schwarz, Esq.,
    555 Fifth Avenue, 14th Floor
    New York, New York 10017

Ellyn I. Bank
30 Vesey Street, Suite 100
New York, New York 10007

Roy Raymond Kulcsar, Esq.
27 Union Square West
New York, New York 10003

Joseph Aaron Grob, Esq.
382 Clinton Avenue
Cedarhurst, New York 11516

And that on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of United States v. Rosario, S7 07 Cr. 308 (NRB), to be delivered by mail to:

Crisnel Y. Lopez
367 East 163rd Street, Apt. 5B
Bronx, New York 10451

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         September 17, 2007

_____
ANNA E. ARREOLA
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2218