```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    GOVERNMENT'S SECOND
                                      BILL OF PARTICULARS
         -v-                     :
                                      S7 07 Cr. 308 (NRB)
MANUEL SORIANO MARTINEZ,         :
    a/k/a "El Cunado,"           :
FREDDY BREA,
JOSE POLO,
CHRISTIAN ROSARIO,
     a/k/a "Don Tito,"
DARIO SILFA-MARTINEZ,
MIGUEL SILFA-MARTINEZ,
     a/k/a "Papi,"
FLORIBIO LARCIER,
     a/k/a "Victor,"
     a/k/a "Flobio,"
     a/k/a "29,"
VICENTE DELGADO,
     a/k/a "Pujols,"
     a/k/a "Charlie,"
     a/k/a "Maestro," and
JOHN PEREZ,

           Defendants.
- - - - - - - - - - - - - - - - x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count One of the Indictment, as alleged in the Forfeiture Allegation and Substitute Asset Provision, also includes but is not limited to the following:

        3440 Atlantic Avenue, Brooklyn, New York,
        Lot 34, Block 4172

Dated:    New York, New York
        October 11, 2007

        Respectfully Submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By: *[signature]* Arianna Berg (cs)
        ARIANNA BERG
        Assistant United States Attorney
        Telephone: (212)637-2551

<u>AFFIDAVIT OF SERVICE</u>

Corinne L. Scalogna affirms under penalty of perjury pursuant to 28 U.S.C. §1746 the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On October 11, 2007, I served a copy of the attached Government's Second Bill of Particulars to be delivered by certified mail to:

    Allan Paul Haber
    Law Office of Allan P. Haber
    52 Duane Street
    New York, New York 10007

    Winston Lee, Esq.
    20 Vesey Street, Suite 400
    New York, New York 10007

    Barry A. Weinstein, Esq.
    Goldstein & Weinstein
    888 Grand Concourse
    Bronx, New York 10451

    Merrill Neil Rubin
    Merrill Rubin LLC
    551 Fifth Avenue, Suite 514
    New York, New York 10176

    Sammy Sanchez, Esq.
    30 Vesey St., Room 100
    New York, New York 10007

    Mark J. Stein, Esq.
    Simpson, Thacher & Bartlett, LLP
    425 Lexington Avenue
    New York, New York 10017

    Roger J. Schwarz
    Roger J. Schwarz, Esq.
    555 Fifth Avenue, 14th Floor
    New York, New York 10017

    Ellyn I. Bank
    30 Vesey Street, Suite 100
    New York, New York 10007

    Roy Raymond Kulcsar, Esq.
    27 Union Square West
    New York, New York 10003

    Joseph Aaron Grob, Esq.
    382 Clinton Avenue
    Cedarhurst, New York 11516

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:    October 11, 2007
                    New York, New York

                                            */s/ Corinne L. Scalogna*
                                            CORINNE L. SCALOGNA