UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :

    - v. -                              :    ORDER

CHRISTIAN ROSARIO,                      :    07 Cr. 308 (NRB)

        Defendant.                  :

- - - - - - - - - - - - - - - - - -X

BUCHWALD, D.J.

    WHEREAS, with the defendant CHRISTIAN ROSARIO's consent, his guilty plea allocution was taken before Magistrate Judge Douglas F. Eaton on July 11, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        September 2, 2008

_____
UNITED STATES DISTRICT JUDGE